IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Andrew Farley, as Special Administrator and Dorothy White as Personal Representative of the Estate of Paul White, Sr., <br><br> Plaintiffs, <br><br> vs. <br><br> Columbia Rehabilitation and Nursing Center – Columbia, SC, LLC d/b/a Heartland Rehabilitation and Nursing Center, <br><br> Defendant. | C/A No.: 3:13-cv-1295-JFA <br><br><br> ORDER |

In light of the petition for certiorari currently pending before the Supreme Court of South Carolina in the *Ranucci v. Crain* case, this court court will hold in abeyance the pending Motion to Dismiss in the instant case. The parties are directed to notify the court when the Supreme Court issues a decision as to the petition for certiorari.

IT IS SO ORDERED.

July 30, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge